1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF ARIZONA**

8  Gayle Yungman,

NO. CV-11-8185-PCT GMS

9                                    Plaintiff,

10            v.

**ORDER OF DISMISSAL**

11  Legend Aviation, L.L.C.,

12                                    Defendant.

13

14        Upon the parties' Stipulation of Dismissal (Doc. 20) good cause appearing

15  therefore,

16        **IT IS ORDERED** dismissing the above-captioned matter with prejudice, each side

17  to bear their own costs and fees.

18        Dated this 9th day of April, 2012.

19
20        _A. Murray Snow_____

21                        /G. Murray Snow
                    United States District Judge

22
23
24
25
26
27
28

2820776.1